1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERTO CHAIDEZ,                          No.  2:16-cv-0108-EFB P

12                 Petitioner,

13         v.                                    ORDER

14    M.D. STAINER, et al.,

15                 Respondents.

16

17         Petitioner is a state prisoner without counsel.  He has filed a document entitled "Petition

18    for Writ of Habeas Corpus," using a pre-printed state court form.  It is not clear from this filing

19    whether petitioner intends to proceed with a habeas action or a civil rights action.  Therefore,

20    petitioner will be provided the opportunity to submit either a habeas petition or a civil complaint

21    using the form available to prisoners in this court.

22         Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee.  *See*

23    28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the

24    appropriate affidavit in support of a request to proceed in forma pauperis or submit the

25    appropriate filing fee.

26    /////

27    /////

28    /////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

3        support of his request to proceed in forma pauperis or the appropriate filing fee;

4        petitioner's failure to comply with this order may result in this action being dismissed.

5    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

6        form used by this district.

7    3.  The Clerk of the Court is directed to send petitioner the court's forms for an

8        application for writ of habeas corpus and for a civil rights complaint pursuant to 42

9        U.S.C. § 1983.

10   Dated:  January 26, 2016.

     _____
11                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

2