UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CHAIDEZ,<br><br>        Petitioner,<br><br>   v.<br><br>M.D. STAINER, et al.,<br><br>        Respondents. | No. 2:16-cv-0108-EFB P<br><br><br>ORDER |

      Petitioner is a state prisoner without counsel. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On January 27, 2016, the court found that petitioner had failed to file an in forma pauperis application or pay the required filing fee. *See* 28 U.S.C. §§ 1914(a); 1915(a). Accordingly, the court ordered petitioner to file an in forma pauperis application or pay the filing fee. The order gave petitioner 30 days to file the required application and warned him that failure to do so may result in this action being dismissed.

      The 30-day period has expired and petitioner has not filed an in forma pauperis application, paid the filing fee or otherwise responded to the court's order.

/////

/////

1

1 | Accordingly, this action is dismissed without prejudice.

2 | Dated: March 9, 2016.

```
                                        _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE
```